## 60869. SMITH v. THE STATE.

BANKE, Judge.

The decision of this court in the opinion reported at 156 Ga. App. 419 (274 SE2d 703) (1980) having been reversed by the Supreme Court on certiorari (247 Ga. 612 (277 SE2d 679) (1981)), our decision is hereby vacated. For the reasons stated in the opinion of the Supreme Court, the judgment of the superior court is reversed, and the case is remanded for a new trial.

*Judgment reversed. McMurray, P. J., and Pope, J., concur.*

DECIDED JULY 7, 1981.

Donald J. Stein, for appellant.

Lewis R. Slaton, District Attorney, Joseph J. Drolet, Margaret V. Lines, Assistant District Attorneys, for appellee.